UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michelle Lyn Hogquist, | Case No. 19-cv-2472 (WMW/KMM) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| The State of Minnesota, U.S., et al., | |
| Defendants. | |

---

This matter is before the Court on the January 29, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 3.) Objections to the R&R have not been filed in the time period permitted.[1]

In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

---

[1] The Clerk of Court mailed the R&R to Hogquist's last known address, but the United States Postal Service returned the mailing as undeliverable. The Clerk of Court also attempted to call Hogquist by telephone to obtain an updated address, but the available telephone number was disconnected. Hogquist has not provided an alternative address or telephone number. A party to litigation is responsible for providing updated contact information to ensure the timely receipt of case-related communications. The Court declines to postpone its decision until Hogquist updates her contact information.

2

1. The January 29, 2020 R&R, (Dkt. 3), is **ADOPTED**;

2. The complaint of Michelle Lyn Hogquist, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**; and

3. The application to proceed *in forma pauperis* of Michelle Lyn Hogquist, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 4, 2020                                   s/Wilhelmina M. Wright
                                                                                Wilhelmina M. Wright
                                                                                United States District Judge